**18**

Confesora SANTIAGO, on behalf of her-
self and all others similar situated,
and Philip Myrun, on behalf of him-
self and all others similar situated,
Plaintiffs–Appellees,

Connecticut Department of Social Ser-
vices and Patricia Wilson–Coker,
Commissioner of Social Services,
Plaintiffs,

v.

Michael O. LEAVITT, Secretary of the
Department of Health and Human
Services,* Defendant–Appellant..

No. 04–0172.

United States Court of Appeals,
Second Circuit.

Oct. 28, 2005.

Gill Deford, Center for Medicare Advo-
cacy, Inc., Willimantic, Connecticut (Judith
A. Stein, Brad S. Plebani, Willimantic,
Connecticut; Patricia Nemore, Washing-
ton, DC; and Keith Bradoc Gallant, Cum-
mings & Lockwood, LLC, New Haven,
Connecticut, on the brief), for Plaintiffs–
Appellees.

Maite Barainca, Assistant Attorney Gen-
eral, Hartford, Connecticut, (Richard Blu-
menthal, Attorney General for the State of
Connecticut, Thomas J. Ring and Richard
J. Lynch, Assistant Attorneys General, on
the brief), for Plaintiffs.

Alisa B. Klein, Attorney, Appellate Staff,
Civil Division, Department of Justice,
Washington, DC (John A. Danaher, III,
United States Attorney for the District of
Connecticut;) Peter D. Keisler, Assistant
Attorney General; and Mark B. Stern,
Attorney, Appellate Staff, Civil Division,
on the brief; Alex M. Azar II, General
Counsel, Sheree R. Kanner, Associate
General Counsel, Henry R. Goldberg, Dep-
uty Associate General Counsel, and Donald
H. Romano, Senior Attorney, U.S. Depart-
ment of Health and Human Services, for
Defendant–Appellant, of counsel.

Present: WALKER, Chief Judge,
FEINBERG, and WESLEY, Circuit
Judges.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS
HEREBY ORDERED** that the judgment
of the district court be and it hereby is
**REVERSED.**

Defendant-appellant appeals from the
district court's award of attorneys' fees to
the class plaintiffs-appellees under the
Equal Access to Justice Act (EAJA), 28
U.S.C. § 2412(d). A 94–110. In a sepa-
rate published opinion, we reverse the dis-
trict court's ruling in favor of plaintiffs-
appellees in its entirety. *Conn. Dep't of
Soc. Servs. v. Leavitt,* No. 03–6052.

Because plaintiffs-appellees have not
prevailed on any of their claims, they are
not prevailing parties within the meaning

---

* The defendant in the district court was then-
Secretary of Health and Human Services
Tommy Thompson. We have substituted cur-
rent Secretary Mike Leavitt for Thompson
pursuant to Federal Rule of Appellate Proce-
dure 43(c)(2).

of the EAJA. They are therefore not entitled to attorneys' fees. *See Kerin v. U.S. Postal Serv.*, 218 F.3d 185, 189 n. 1 (2d Cir.2000) ("A prevailing party is one that has succeeded on any significant issue in the litigation which achieved some of the benefit the party sought in bringing suit .... ") (internal quotation marks and alteration omitted).

For the reasons set forth above, the decision of the District Court for the District of Connecticut is **REVERSED.**